LUSK, Plaintiff, v. VILLAGE OF PHELPS, Defendant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Viola M. Lusk against the village of Phelps. No opinion. Plaintiff's exceptions overruled, and motion denied, with costs.

LYMAN, Appellant, v. FRIENDS' SOCIAL & LITERARY CIRCLE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Henry H. Lyman, as state commissioner of excise of the city of New York, against the Friends' Social & Literary Circle and Fidelity & Deposit Company of Maryland. From an order denying plaintiff's motion for a retaxation of costs, plaintiff appeals. Reversed. Royal R. Scott, for appellant. Charles L. Kingsley, for respondents.

PER CURIAM. The question presented on the appeal from the order in this action is the same as the question presented and determined in Lyman v. Club (Sup.) 56 N. Y. Supp. 712; and for the reasons there stated the order must be reversed, and a new taxation directed before the clerk, with leave to either party to use upon said new taxation such further affidavits, or papers as may be necessary and proper. The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

LYMAN v. MATTY. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Henry H. Lyman, as state commissioner of excise, against Frank Matty. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 765.

LYMAN, Appellant, v. UNITY LEAGUE & AMERICAN SURETY CO. OF NEW YORK, Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Henry H. Lyman, as state commissioner of excise of the state of New York, against the Unity League & American Surety Company of New York. From an order denying plaintiff's motion for a retaxation of costs, plaintiff appeals. Reversed. Royal R. Scott, for appellant. Charles L. Kingsley, for respondents.

PER CURIAM. The question presented on the appeal from the order in this action is the same as the question presented and determined in Lyman v. Club (Sup.) 56 N. Y. Supp. 712; and for the reasons there stated the order must be reversed, and a new taxation directed before the clerk, with leave to either party to use upon said new taxation such further affidavits or papers as may be necessary and proper. The order should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

LYMAN, Appellant, v. VENDERBOSCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Henry H. Lyman, as state commissioner of excise of the state of New York, against Theodore Venderbosch. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

LYNCH, Appellant, v. LASCH, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Charles Lynch against Sophie F. Lasch. No opinion. Judgment reversed on argument, and new trial granted, costs to abide the event.

McCORMICK HARVESTING MACH. CO., Respondent, v. WARFIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the McCormick Harvesting Machine Company against Eugene Warfield. No opinion. Motion denied. See 53 N. Y. Supp. 737.

McCULLOUGH v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Mary R. McCullough against the Metropolitan Elevated Railroad Company. No opinion. On payment of $10 costs, motion granted.

McDONALD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Edward McDonald, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motions denied, with $10 costs. See 55 N. Y. Supp. 1143.

McDONNELL, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Alexander McDonnell against the New York Central & Hudson River Railroad Company. No opinion. Motions denied, with $10 costs. See 54 N. Y. Supp. 747.

MAGILTON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by William H. Magilton against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re MAIRES. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) In the matter of the application of Samuel Evans Maires for admission to practice as attorney and counselor at law in all the courts of the state of New York. No opinion. Application granted.

MALTBY, Plaintiff, v. CARR et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Jerome B. Maltby against Prudence Carr and others. A judgment was rendered from which plaintiff and defendant Carr appeal. Modified.

PER CURIAM. In the action wherein Maltby is plaintiff, and Prudence Carr and others defendants, it is proposed to modify and amend the judgment as follows: Judgment modified by striking therefrom, to wit: "Subject to the right of the defendant Prudence Carr to the possession, rents, and profits of the said mortgaged premises during her natural life." Also: "After